*1822–23 Calendar*, MS p. 17. Recorded in *Book B*, MS pp. 252–54.

## JOSEPH ANDRÉ, DIT CLARK, *versus* CONRAD TEN EYCK AND JEREMIAH V. R. TEN EYCK

JOURNAL ENTRIES (1822–24): *Journal 3:* (1) Rule for special bail or procedendo *p. 299; (2) time for filing declaration extended *p. 357; (3) attendance of witness proved *p. 420; (4) jury impaneled *p. 427; (5) witnesses sworn *p. 427; (6) attendance of witnesses proved *p. 427; (7) verdict, jury polled *p. 430; (8) motion for new trial *p. 431; (9) motion for new trial overruled *p. 505; (10) motion for judgment *p. 506; (11) judgment *p. 511.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance and bail piece; (4) declaration; (5) plea of non assumpsit, notice of demand for bill of particulars, notice of set off and statement of accounts; (6) notice of taking deposition; (7–8) precipes for subpoenas; (9) subpoena; (10) precipe for subpoena; (11) subpoena; (12) precipe for subpoena duces tecum; (13) subpoena duces tecum; (14) deposition of Jacob Smith; (15) precipe for subpoena; (16) subpoena; (17) subpoena; (18) verdict; (19) reasons for new trial; (20) affidavit of Conrad Ten Eyck; (21) motion and reasons in arrest of judgment; (22) sheriff's bill of fees; (23) precipe for fi. fa.; (24) writ of fi. fa. and return; (25) precipe for fi. fa.; (26) writ of fi. fa.; (27) memo. of costs paid; (28) memo. of costs; (29) assignment of judgment; (30) receipt for fees; (31) receipt for costs; (32–47) orders, vouchers, etc.

*1822–23 Calendar*, MS p. 24. Recorded in *Book B*, MS pp. 381–85.